**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**                                        Case No. 08-cr-89-PB

<u>Erasmo Ruiz</u>

<u>**ORDER**</u>

   The defendant, through counsel, has moved to continue the
trial scheduled for October 7, 2008, citing the need for
additional time to engage in further plea negotiations or prepare
for trial.  The government does not object to a continuance of
the trial date.

   Accordingly, for the above reason and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from October 7, 2008 to January 6, 2009.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The September 26, 2008 final pretrial conference is continued to December  22, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 12, 2008

cc:  Jeffrey S. Levin, Esq.
     Richard Hubbard, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal