```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 08-cr-89-PB

**Erasmo R. Ruiz**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for January 6, 2009, citing the need for additional time to complete additional discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 6, 2009 to March 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 22, 2008 final pretrial conference is continued to February 18, 2009 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>Paul Barbadoro<br>United States District Judge

December 19, 2008

cc: Jeffrey Levin, Esq.
    Debra Walsh, Esq.
    United States Probation
    United States Marshal