```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-89-01-PB

**Erasmo R. Ruiz**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing a signed plea agreement and the need for additional time to schedule a change of plea hearing at the convenience of the court and the parties.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to May 5, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2009 final pretrial conference is cancelled.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 19, 2009

cc: Jeffrey Levin, Esq.
    Debra Walsh, Esq.
    United States Probation
    United States Marshal